

| | | | |
|---|---|---|---|
| Com. v. Lawrence | 3053 EDA 2015<br>Affirmed | 06/24/2016 | CP–23–CR–0005705–2014<br>(Delaware) |
| Com. v. Collier | 3230 EDA 2015<br>Affirmed | 06/24/2016 | CP–39–CR–0002635–2014<br>(Lehigh) |
| P.M. v. L.B.M. | 3421 EDA 2015<br>Affirmed | 06/24/2016 | 2000–014826<br>(Delaware) |
| Com. v. Vonschlichten [22] | 201 EDA 2016<br>Affirmed | 06/24/2016 | CP–48–CR–0001208–2010<br>(Northampton) |
| Com. v. Davenport | 280 EDA 2016<br>Affirmed | 06/24/2016 | CP–46–CR–0008280–2014<br>(Montgomery) |
| Com. v. Jones | 544 EDA 2016<br>Affirmed | 06/24/2016 | CP–51–CR–0008464–2012<br>(Philadelphia) |
| Com. v. Taylor | 1573 MDA 2015<br>Affirmed | 06/24/2016 | CP–22–CR–0000805–2008<br>(Dauphin) |
| Melnick v. The Pennsylvania State University [23] | 1823 MDA 2015<br>Affirmed | 06/24/2016 | 2013–3325<br>(Centre) |
| Wells Fargo Bank v. Pieczynski | 1879 MDA 2015<br>Affirmed | 06/24/2016 | 2014–4536<br>(Luzerne) |
| The Design Studio at 301, Inc. v. Dunsworth [24] | 2070 MDA 2015<br>Affirmed | 06/24/2016 | 2014–01835<br>(Lebanon) |
| Com. v. Brown | 277 WDA 2015<br>Affirmed | 06/24/2016 | CP–02–CR–0013601–2013<br>(Allegheny) |
| Com. v. Boots | 297 WDA 2015<br>Affirmed | 06/24/2016 | CP–02–CR–0005335–2014<br>(Allegheny) |
| Com. v. McPhearson | 691 WDA 2015<br>Affirmed | 06/24/2016 | CP–02–CR–0006531–2013<br>(Allegheny) |
| Com. v. Brooks | 842 WDA 2015<br>Affirmed | 06/24/2016 | CP–02–CR–0008889–1975<br>(Allegheny) |
| Com. v. Delp | 1225 WDA 2015<br>Affirmed | 06/24/2016 | CP–03–CR–0000712–1998<br>(Armstrong) |
| Com. v. Diaz | 1257 WDA 2015<br>Affirmed | 06/24/2016 | CP–25–CR–0003451–2014<br>(Erie) |

22. Petition for reargument denied August 24, 2016.

23. Petition for reargument denied August 31, 2016.

24. Petition for reargument denied August 30, 2016.